IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD E. HASTINGS, | § | |
| | § | |
| Plaintiff Below, | § | No. 527, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| JESSICA WATSON and SUSSEX | § | C.A. No. S19C-06-028 |
| CONSERVATION DISTRICT, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: May 8, 2020
Decided: July 9, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated November 19, 2019.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice